# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00300-CV

### Cactus Canyon Quarries, Inc., Appellant

### v.

### Jim Eachus and Maureen Eachus, Appellees

### FROM THE DISTRICT COURT OF LLANO COUNTY, 424TH JUDICIAL DISTRICT
### NO. 15,326-A, HONORABLE DANIEL H. MILLS, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant and appellees have filed a joint motion to dismiss this appeal pursuant to their settlement agreement. We grant the joint motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed on Joint Motion

Filed:   December 31, 2008